UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00283 MMC |
| Plaintiff, ) ) | |
| v. ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| EDEMIR CARRENO, ) ) | |
| Defendant. ) ) | |

Having considered the Application for Issuance of a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on May 4, 2011, wherein the defendant pled guilty to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. an HP Pavilion laptop computer, serial number CNF70804DC;

b. a Western Digital hard drive, serial number WX71E50F8207T;

c. a Seagate hard drive, serial number 2GE24KH0;

d. a Simpletech hard drive, serial number 08125480160703373;

e. a SanDisk 2 gigabyte SD media card;

f. a Sony 1 gigabyte Memory Stick PRO Duo media card;

g. a cruzer micro 2 gigabyte U3 flash drive;

h. a cruzer micro 4 gigabyte U3 flash drive;

i. a Netgear RangeMax Wireless Router, serial number 1PT4935R0417B; and

j. an Arris Touchstone Telephony modem, serial number 98VBNF8BS443222.

1   IT IS FURTHER ORDERED that the United States, through the appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendants, having or claiming a legal interest in the subject property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated:    October 2, 2012

_____
MAXINE M. CHESNEY
United States District Judge